*ELECTRONICALLY FILED*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:19-CV-386-JHM

CYNTHIA POWELL                                                                      PLAINTIFF

v.               **MOTION FOR LEAVE TO FILE LATE RESPONSE TO DEFENDANT'S RURAL KING AND JACKSON MOTION TO DISMISS**

CITY OF RADCLIFF,
WYATT ROSSELL,
RURAL KING ADMINSTRATION, INC., and
JESSICA JACKSON                                           DEFENDANTS

     Comes CYNTHIA POWELL, by and through Counsel, and respectfully moves this Court for leave to file a late response to Defendants Motion to Dismiss. In support of said motion, Powell states as follows:

     1.     That she has filed a complaint herein alleging a civil rights violation, an unlawful arrest and that she was assaulted and suffered an intentional infliction of emotional distress.

     2.     Rural King and Jackson have now filed a motion to dismiss Plaintiff's complaint.

     3.     That there are two other defendants, the City of Radcliff, and Wyatt Rossell.

     4.     This complaint came about because Plaintiff was improperly identified as a shoplifter at Rural King. Jackson, an employee of Rural King, alerted and cooperated with the Radcliff Police Department in having Powell arrested. The arrest charge was dismissed in the Hardin County District Court. Plaintiff subsequently filed this litigation.

     5.     On August 12, 2019, the above-noted Defendants filed a motion and memorandum in support of their motion to dismiss.

6. Over the past thirty (30) days, the undersigned counsel has been without his regular secretary, paralegal and research assistant, and is barely staying afloat without them.

7. Unfortunately, the undersigned counsel, because of already calendared Court-related activities as well as mount office support staff absences, has not been able to have the time to respond in a more timely manner.

8. That the undersigned counsel has made a diligent effort to provide a response which is now attached

9. That this motion is made in good faith and at the direction of the Court in denying the motion for extension.

10. That this motion will not bring about any inappropriate delay in these proceedings.

11. That granting this motion will not wantonly prejudice these Defendants.

12. That a response herein will be worth the Court's consideration and will set out a response that should result in the complaint not being dismissed.

Respectfully submitted,

/s/ Timothy Denison
TIMOTHY DENISON
235 So. 5th St., Third Floor
Louisville, KY   40202
(502) 589-6916; fax: (502) 568-6919
Email:  timothydenison@aol.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that a try and exact copy of the foregoing was filed electronically and sent via electronic mail addressed as follows:

Gregory T. Burns
tburns@turnerkeal.com
gtrentonburns@gmail.com

R. Thad Keal
tkeal@turnerkeal.com
mlafollette@turnerkeal.com

Attorneys for Defendants, City of Radcliff and Wyatt Russell

Kyle G. Bumgarner
kbumgarner@kerricklaw.com
chesse@kerricklaw.com
jholder@kerricklaw.com
lcardwell@kerricklaw.com

        /s/ Timothy Denison
TIMOTHY DENISON
Counsel for Plaintiff
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202
(502) 589-6916; (FAX) 568-6919
timothydenison@aol.com